1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
   Chief, Civil Division
3  SHARLA CERRA  (CSB #187176)
   Assistant United States Attorney
4        Federal Building Suite 7516
         300 North Los Angeles Street
5        Los Angeles, California
         Tel. 213 894-6117
6        FAX:  213 894-7819
         Email:  Sharla.Cerra@usdoj.gov
7
   Attorneys for Defendant MICHAEL J. ASTRUE,
8  Commissioner of Social Security

9

10              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
11

12
   RAYMOND GILLEN,                     )   EDCV 08 1261 CW
13                                      )
        Plaintiff,                      )   **JUDGMENT OF REMAND**
14                                      )
        v.                              )
15                                      )
   MICHAEL J. ASTRUE, Commissioner     )
16 of Social Security,                  )
                                        )
17      Defendant.                      )
                                        )
18

19      The Court having approved the parties' stipulation to remand this case

20 pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent

21 with that stipulation and for entry of judgment for Plaintiff, judgment is hereby

22 entered for Plaintiff.

23

24 DATED: May 14, 2009

25
                                    _____/S/_____
26                                  CARLA WOEHRLE
                                    UNITED STATES MAGISTRATE JUDGE
27

28

                                    -1-