1  Brian C. Shapiro
   Attorney at Law: 192789
2  «Office_Name»
   «Address_1»
3  «Address_2»
   «Telephone»
4  «Facsimile»
   E-mail: brian_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff RAYMOND GILLEN
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 RAYMOND GILLEN,                    ) Case No.:  EDCV 08-01261 (CW)
                                      )
12          Plaintiff,                ) ORDER AWARDING EQUAL
                                      ) ACCESS TO JUSTICE ACT
13     vs.                            ) ATTORNEY FEES PURSUANT TO
                                      ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                 )
   Commissioner of Social Security,   )
15                                    )
            Defendant.                )
16 _____   )

17         Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20 amount of two thousand two hundred dollars, ($2,200), as authorized by 28 U.S.C.

21 § 2412(d), subject to the terms of the above-referenced Stipulation.

22 DATE:   June 16, 2009

23                    _____/S/_____
                      THE HONORABLE CARLA WOEHRLE
24                    UNITED STATES MAGISTRATE JUDGE

25

26

                                   -1-